1  Al Lustgarten, Bar # 189503
   Lustgarten Law
2  30851 Agoura Rd # 114
   Agoura Hills, Ca 91301
3  Phone; 818-907-5866   Fax 818-461-5959
   Attorney for Plaintiff

4               UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J & J SPORTS PRODUCTIONS, INC           )
                                           )
7            Plaintiff,      vs.           )
                                           )   Case No.: 2:11-CV-09349-WDK-FMO
8  FEUVRE CHRISTIAN PIERRE LE AKA          )
                                           )   **RENEWAL OF JUDGMENT  BY CLERK**
9  CHRISTIAN P. LE FEUVRE, ET AL.          )
                                           )
10           Defendant,                    )

11  Based upon the application for renewal of the judgment of the original judgment, and pursuant to

12  F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

13     Judgment in favor of Plaintiff, J & J Sports Productions, Inc., and against Defendant, Feuvre Christian

14  Pierre Le aka Christian P. Le Feuvre dba Smiles Bar. entered on September 9, 2013, be and the same is

15  hereby renewed in the amounts as set forth below:

16         Renewal of money judgment

17            a.  Total judgment                              $      8,000.00

18            b.  Costs after judgment                        $          0.00

19            c.  Subtotal *(add a and b)*                    **$      8,000.00**

20            d.  Credits                                     $      3,000.00

21            e.  Subtotal *(subtract d from c)*              **$      5,000.00**

22            f.  Interest after judgment (.15%)              $        109.05

23            g.  Fee for filing renewal of application       $          0.00

24            **h.  Total renewed judgment (add e, f and g)**  $   **5,109.05**

25

26  Dated: August 29, 2023            CLERK, by Deputy _Sharon Hall Brown_

27

28

Renewal of Judgment